UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ALFREDO FRANCO | § § | |
| vs. | § § | NO: MO:23-CV-00075-DC |
| BAILEY A. THURMAN | § | |

## FINAL JUDGMENT

On this day, the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights case, for reasons clarified in it. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' construed Motion for Summary Judgment is **GRANTED**.

Additionally, Plaintiff's entire §1983 is **DISMISSED WITH PREJUDICE**, but his state-law claims are **DISMISSED *WITHOUT* PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties bearing their own costs.

It is so **ORDERED**.

SIGNED this 16th day of December, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE